UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>EDWIN EMMETT LICKISS,<br><br>        Defendant. | Case No.   25-cv-06126-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Jon S. Tigar for consideration of whether the case is related to Case No. 25-cr-202, *United States v. Lickiss, Jr*.

**IT IS SO ORDERED.**

Dated: May 6, 2026



WILLIAM H. ORRICK
United States District Judge