UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

EDWIN EMMETT LICKISS,

Defendant.

Case No. 25-cv-06126-JST

**ORDER CLOSING CASE AND SETTING DEADLINE TO FILE MOTION RE: MONETARY REMEDIES**

The Court has reviewed the parties' joint status report, ECF No. 35. With the parties' agreement, the Court now directs the Clerk to close this case. This order does not preclude the Securities and Exchange Commission from filing a motion for monetary remedies should it decide to seek disgorgement and/or civil penalties.

Within 120 days of sentencing in the related criminal case, *United States v. Lickiss*, No. 25-cr-0202, the Commission shall file either a motion for monetary remedies or a statement that it has determined not to file such a motion.

**IT IS SO ORDERED.**

Dated: July 30, 2026

JON S. TIGAR
United States District Judge

United States District Court
Northern District of California